# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10 po 01

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| BRUCE WAYNE CROMER, JR. ) | |
| _____ ) | |

**THIS CAUSE** came on before the undersigned on June 3, 2010 for the purpose of conducting a Rule 11 proceeding with the defendant and for the purpose of scheduling the sentencing hearing of the defendant. At the hearing, the court was advised the United States Probation Office could provide a separate report as provided by 18 U.S.C. § 3664(a) with information sufficient for the court to exercise its discretion in fashioning a restitution order. Both the government and the defendant have advised that they have provided the information as required by 18 U.S.C. § 3664(d)(1) and (3) to the probation officer. The probation office further advised that the report can be prepared and served upon the parties and the court by June 17, 2010. Both the government and the defendant shall be given up to and including July 1, 2010 to respond to the report. It was further agreed during the hearing that the sentencing hearing in this matter shall be scheduled for Thursday, July 15, 2010 at 9:30 a.m.

# ORDER

**IT IS, THEREFORE**, **ORDERED** that:

1. The United States Probation Office provide to the court a separate report as set forth under 18 U.S.C. § 3664(a) which shall have information sufficient for the court to exercise its discretion in fashioning a restitution order;

2. The government and the defendant shall have up to and including **July 1, 2010** to respond to the report; and

3. The sentencing hearing in this matter at which time the court shall resolve any dispute as to the proper amount or type of restitution as provided by 18 U.S.C. § 3664(e) shall be held on **July 15, 2010 at 9:30 a.m.** in courtroom #2 of the United States Courthouse in Asheville, North Carolina.

Signed: June 8, 2010

Dennis L. Howell
United States Magistrate Judge